**Order entered November 20, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01171-CV

## IN RE THE COMMITMENT OF DONALD RAY JOHNSON

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. CV-16-70007**

## ORDER

By postcard dated October 10, 2017, we directed court reporter Lisabeth Kellett to file the reporter's record within thirty days. To date, however, the record has not been filed. Accordingly, we **ORDER** Ms. Kellett to file the record no later than December 4, 2017. As appellant filed in the trial court a declaration of inability to pay costs, the record shall be prepared without payment of costs. *See* TEX. R. APP. P. 145.

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Teresa Hawthorne, Presiding Judge of the 203rd Judicial District Court; Ms. Kellett; and the parties.

/s/  CRAIG STODDART
JUSTICE